UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| ANTOINE MINOR, | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CAUSE NO: 3:26-CV-12-SJF |
| | ) | |
| CITY OF SOUTH BEND, *ET AL.*, | ) | |
| DEFENDANTS. | ) | |

REPORT OF PARTIES' PLANNING MEETING

1. **Introduction.**

The parties conferred via electronic mail under Federal Rule of Civil Procedure 26(f) and agreed to this report on March 30, 2026. Dale K. Galipo participated for Plaintiff Antoine Minor, and Joseph W. Smith participated for Defendant City of South Bend.

2. **Jurisdiction.**

The court has jurisdiction under 28 U.S.C. §§ 1331, 1343(a), and 1367(a). The parties agree that plaintiff brings claims arising under the laws of the United States including 42 U.S.C. § 1983 and the Fourth and Fourteenth Amendments of the United States Constitution, and that the court has supplemental jurisdiction over plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a) because those claims are so related to the federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

3. **Pre-Discovery Disclosures.**

The parties exchanged, *but may not file*, Rule 26(a)(1) information on **March 30, 2026**.

4. **Discovery Plan.**

The parties propose the following discovery plan.

Discovery will be needed on the following subjects: The allegations of the Complaint, Plaintiff's damages, and the Defendants' defenses.

Disclosure or discovery of electronically stored information should be handled as follows: Electronically stored information will be produced in native format, with metadata intact, unless subject to privilege or otherwise impractical to do so. If a dispute arises regarding the method of production of electronically stored information, the parties will confer in a good faith attempt to resolve the dispute, as provided in Federal Rule of Civil Procedure 37(a)(1) and Northern District of Indiana Local Rule 37-1.

The last date to complete fact discovery is **February 12, 2027**.

Maximum of **twenty-five (25)** interrogatories by each party to any other party.

Maximum of **twenty-five (25)** requests for admission by each party to any other party.

Maximum of **ten (10)** depositions by Plaintiff and **ten (10)** by Defendants.

Each deposition is limited to a maximum of **seven (7) hours** unless extended by stipulation.

The parties must disclose the identity of any Rule 26(a)(2) witness and the witness's written report (if applicable) by:

> **February 12, 2027** for Plaintiff;
>
> **March 26, 2027** for Defendants; and
>
> **April 30, 2027** for Rule 26(e) supplements.

The last date to complete all discovery is **May 28, 2027**.

5. **Other Items.**

The last date that Plaintiff may seek permission to join additional parties and to amend the pleadings is **August 21, 2026**.

The last date that Defendants may seek permission to join additional parties and to amend the pleadings is **August 21, 2026**.

The deadline for filing motions for summary judgment is **June 25, 2027**.

The time to file Rule 26 (a)(3) pretrial disclosures will be governed by separate order.

The case should be ready for jury trial by **December 2027** and at this time is expected to take approximately **seven (7) days**.

At this time, all parties **do not** consent to refer this matter to the currently assigned Magistrate Judge pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73 for all further proceedings including trial and entry of judgment.

6. **Alternative Dispute Resolution.**

The case's settlement prospects may be enhanced via the following ADR procedure:

Mediation

The parties have been unable to agree on a mediator. Plaintiff proposes Tae Sture and Defendant proposes Michael Scopelitis. The parties respectfully request that the Court

- 3 -

select from the parties' proposals. The parties shall conduct mediation no later than May 28, 2027.. The parties shall conduct mediation no later than **May 28, 2027**.

Date: March 31, 2026

/s/ Dale K. Galipo
Dale K. Galipo
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel.:  (818) 347-3333
Fax:  (818) 347-4118
dalekgalipo@yahoo.com


Attorney for Plaintiff Antoine Minor

/s/ Joseph W. Smith
Joseph W. Smith
Matthew S. Clark
CLARK JOHNSON & KNIGHT, LTD.
233 East 84th Drive, Suite 301
Merrillville, IN 46410
219-322-0830
JSmith@cjklaw.com
MClark@cjklaw.com


Attorneys for Defendant City of South Bend