UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ANTOINE MINOR,                          )
        PLAINTIFF,               )
                                        )
V.                                      )      CAUSE NO: 3:26-CV-12-SJF
                                        )
CITY OF SOUTH BEND, *ET AL.*,           )
        DEFENDANTS.              )

---

**JOINT STIPULATION TO FILE AMENDED COMPLAINT**

---

The parties, by and through their respective undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 15(a)(2) as follows:

1. Plaintiff filed the original Complaint in this action on January 7, 2026. (ECF No. 1.)

2. Defendants filed an Answer to the Complaint on March 13, 2026. (ECF No. 11.)

3. Plaintiff seeks to file an Amended Complaint to add Emanuel Garcia as a defendant in place of DOE 1 and removing DOE 2 and 3.

4. Defendant(s), through counsel, consent in writing to the filing of the Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

5. In accordance with N.D. Ind. L.R. 15-1, the proposed Amended Complaint is attached hereto as Exhibit A. The proposed Amended Complaint reproduces the entire pleading as amended. See N.D. Ind. L.R. 15-1(b)(1).

6. A redlined version of the amended complaint is attached hereto as Exhibit B.

7. The parties respectfully request that the Court enter the attached Proposed Order granting this Stipulation and permitting the Plaintiff's to file their Amended Complaint.

Respectfully submitted,

Date: April 10, 2026

/s/ Dale K. Galipo                  /s/ Joseph W. Smith
Dale K. Galipo                     Joseph W. Smith
Law Offices of Dale K. Galipo       CLARK JOHNSON & KNIGHT, LTD.
21800 Burbank Blvd., Ste. 310       233 East 84th Drive, Suite 301
Woodland Hills, CA 91367           Merrillville, IN 46410
Tel.: (818) 347-3333               219-322-0830
dalekgalipo@yahoo.com           JSmith@cjklaw.com

Attorney for Plaintiff Antoine Minor    Attorneys for Defendant City of South Bend