**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

ANTOINE MINOR,

Plaintiff,

v.                                                    CASE NO. 3:26-CV-12-CCB-SJF

SOUTH BEND CITY OF, et al.,

Defendants.

## ORDER

On April 10, 2026, the parties filed a joint stipulation requesting that the Court give Plaintiff leave to file an Amended Complaint. [DE 16]. However, the requested leave has already been granted as evidenced by this Court's Rule 16(b) Scheduling Order issued on April 1, 2026, stating that "The last date for the parties to amend the pleadings without leave of court is **August 21, 2026**." [DE 15 at 2 (emphasis in original)]. Therefore, the Court **DENIES AS MOOT** the parties' instant Joint Stipulation to File Amended Complaint. [DE 16]. The Court **DIRECTS** the Clerk to file Plaintiff's Second Amended Complaint for Damages as attached [DE 16-1] as of April 10, 2026.

**SO ORDERED** this 15th day of April 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge