**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| ANTOINE MINOR, | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CASE NO. 3:26-CV-12-CCB-SJF |
| | ) | |
| CITY OF SOUTH BEND, *ET AL.*, | ) | |
| DEFENDANTS. | ) | |

**DEFENDANT CITY OF SOUTH BEND'S NOTICE OF AUTOMATIC**
**INITIAL EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

Defendant CITY OF SOUTH BEND, by and through its attorneys MATTHEW S. CLARK and JOSEPH W. SMITH of CLARK JOHNSON & KNIGHT, LTD., and pursuant to Northern District of Indiana Local Rule 6-1(b), provides notice of the automatic initial extension of time to respond to the Amended Complaint, and in support thereof states:

1.      On April 15, 2026, the Court deemed the Amended Complaint filed on April 10, 2026.  *See* ECF #17; ECF #18.

2.      Pursuant to Federal Rule of Civil Procedure 15(a)(3), the deadline for South Bend to respond to the Amended Complaint is April 24, 2026.  This deadline has not been previously extended.

3.      This Notice extends the deadline for South Bend to respond to the Amended Complaint by 28 days, to and including May 22, 2026.

4.      The undersigned has conferred with Plaintiff's Counsel regarding this extension. Plaintiff does not object.

WHEREFORE, Defendant City of South Bend provides notice that the deadline for filing its response to the Amended Complaint is automatically extended to May 22, 2026.

Respectfully submitted,

/s/ Joseph W. Smith
Joseph W. Smith (#29663-64)

CLARK JOHNSON & KNIGHT, LTD
233 E. 84th Drive, Suite 301
Merrillville, IN 46410
Phone: 219.322.0830; Fax: 219.322.0834
Email:  JSmith@cjklaw.com
Attorneys for Defendant, City of South Bend

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2026, the foregoing **Defendant City of South Bend's Notice of Automatic Initial Extension of Time to Respond to the Amended Complaint** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

- Dale K. Galipo, dalekgalipo@yahoo.com
- Matthew S. Clark, Mclark@cjklaw.com, kstocco@cjklaw.com
- Joseph W. Smith, Jsmith@cjklaw.com, shazi@cjklaw.com

/s/ Joseph W. Smith

26-04-22 Not of Auto Ext to Resp to Amd Compl 8641