**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| ANTOINE MINOR, | ) | |
|      PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CAUSE NO: 3:26-CV-12-SJF |
| | ) | |
| CITY OF SOUTH BEND, *ET AL.*, | ) | |
|      DEFENDANTS. | ) | |

**PROOF OF SERVICE OF AMENDED COMPLAINT AND SUMMONS ON DEFENDANT EMANUEL GARCIA**

TO THIS HONORABLE COURT:

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby submits his proof of service of the Amended Complaint and Summons on Defendant EMANUEL GARCIA, (attached hereto as Exhibit "A").

Respectfully submitted,

Date: May 11, 2026

*/s/ Dale K. Galipo*
Dale K. Galipo
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel.:  (818) 347-3333
dalekgalipo@yahoo.com

Attorney for Plaintiff Antoine Minor